# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CERVANTES,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICER B. LINDSEY, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00456 DLB PC<br><br>ORDER GRANTING PLAINTIFF"S MOTION TO DISMISS ACTION AS DUPLICATIVE OF 1:16-cv-00343 BAM AND VACATING ORDER DIRECTING CDCR TO COLLECT PAYMENTS FOR FILING FEE<br><br>[ECF No. 4] |

      Plaintiff Salvador Cervantes (#AA8277), a state prisoner proceeding pro se and in forma pauperis, filed this civil action on April 1, 2016.

      On July 18, 2016, Plaintiff filed the instant motion to dismiss and motion for refund of court fees. Plaintiff states that he was unaware that his attorney had already filed a civil rights complaint on his behalf on March 11, 2016, in case no. 1:16-cv-00343 BAM. The Court has reviewed the complaints in both cases, and the instant complaint raises the same claims against the same defendant as the first, and concerns the same incident which occurred on March 14, 2014. Plaintiff may not pursue two actions based on the same claims against the same defendant. The instant case, having been filed after the first case, must be dismissed as duplicative. Under the circumstances, the Court will grant Plaintiff's motion to vacate the April 4, 2016, order requiring CDCR to collect payments for this action.

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to dismiss this action is GRANTED; the action is DISMISSED as duplicative; and the order requiring CDCR to collect payments for this action is VACATED.

IT IS SO ORDERED.

Dated: __**July 22, 2016**__                    /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE