# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER B. LINDSEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00456 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION CONCERNING FILING FEE<br><br>[ECF No. 8] |

Plaintiff Salvador Cervantes (#AA8277), a state prisoner proceeding pro se and in forma pauperis, filed this civil action on April 1, 2016.

On July 22, 2016, the Court granted Plaintiff's motion to dismiss this case as duplicative of 1:16-cv-00343 BAM.  In addition, the Court vacated the April 4, 2016, order requiring CDCR to collect payments for this action.

On August 19, 2016, Plaintiff filed the instant motion for refund of his filing fee payments. He states that CDCR has collected and forwarded the sum of fifty dollars ($50.00) toward payment of the filing fee in this action.   Good cause having been presented, the Court will grant Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to refund Plaintiff the monies paid toward the filing fee in this action.

IT IS SO ORDERED.

Dated:  __August 26, 2016__　　　　　　　　　__/s/ Dennis L. Beck__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE