UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CERVANTES<br><br>Plaintiff,<br><br>v.<br><br>B. LINDSEY, et al.,<br><br>Defendants. | **CASE NO. 1:16-cv-00456-MJS (PC)**<br><br>**ORDER DENYING MOTION CONCERNING FILING FEE**<br><br>**(ECF No. 10)**<br><br>**ORDER DIRECTING CLERK OF COURT TO FORWARD COPY OF PLAINTIFF'S PAYMENT HISTORY TO PLAINTIFF** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2016, Plaintiff's complaint was dismissed, at Plaintiff's request, as duplicative of the action in Case No. 1:16-cv-00343-BAM. (ECF No. 7.) CDCR was directed not to collect payments toward Plaintiff's filing fee for this action. (Id.)

On August 19, 2016, Plaintiff requested a refund of $50.00 he claimed had already been collected by the CDCR in relation to this action. (ECF No. 8.) On August 26, 2016, the Magistrate Judge then-assigned to the case granted Plaintiff's request and ordered

the Clerk of the Court to return funds paid toward his filing fee. (ECF No. 9.) On October 24, 2016, Plaintiff filed a notice indicating that he had not yet received the $50.00 refund. (ECF No. 10.)

According to Plaintiff's payment history in this case no money was ever forwarded to the Court by CDCR. Thus, to the extent Plaintiff seeks refund from the Court, his motion is denied. The Clerk of Court is directed to forward a copy of Plaintiff's payment history to Plaintiff.

If Plaintiff has some reason to believe that $50.00 was in fact collected by CDCR but not refunded or otherwise accounted for, he shall, **within 30 days** of the date of this Order, provide the Court with whatever evidence he has to support that belief.

IT IS SO ORDERED.

Dated: June 15, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE